**SRE**

CONSULADO DE MEXICO
EN MCALLEN

CONSULATE OF MEXICO IN McALLEN

Number: 0001985

Reference: 730-12(SAN)13840

From: Eduardo Guadalupe Bernal Martínez. Consul of Mexico.
Mexican Consulate in McAllen, Texas.

United States Courts
Southern District of Texas
FILED

JUL 2 3 2018

David J. Bradley, Clerk of Court

McAllen, Texas,
July 17th, 2018.

David J. Bradley
Clerk of Court
1133 N. Shoreline Blvd
Corpus Christi, Texas. 78401

The Consulate of Mexico in McAllen, Texas, would like to make reference the case of Mr. JOSÉ RAÚL PÉREZ BASORIA, who was arrested on February 26, 2018, in Corpus Christi, Texas, is under the designation of material witness in case number 2:18-MJ-251.

According to his testimony, he is the economical provider for his family in Mexico. Therefore, since the Mexican National is not contributing to household economy, his relatives are at a disadvantage.

For the above mentioned, the Consulate of Mexico respectfully requests to that Office the assistance to take his deposition on video at an earlier date.

This Consulate expresses its concern on this regard. At the same time, a written response of this matter at your earliest possible convenience would be greatly appreciated.

Best regards,

**Eduardo Guadalupe Bernal Martinez**
**Consul of Mexico.**

OAD/slc

U.S. POSTAGE PAID
MCALLEN, TX
78501
JUL 18 18
AMOUNT
$6.70
R2305K131425-06

7017 1450 0002 2925 9583

MCALLEN TX 785
18 JUL 2018 PM 2 T

RETURN RECEIPT
REQUESTED

United States Courts
Southern District of Texas
FILED

JUL 23 2018

David J. Bradley, Clerk of Court

David J. Bradley
1133 N. Shoreline Blvd.
Corpus Christi, Texas 78401