UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
FILED

AUG 2 2 2018

David J. Bradley, Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | §   CRIMINAL NUMBER: C-18-250S |
| | § |
| VALERIE RIVAS | § |

SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES THAT:

COUNT ONE

Between on or about February 20, 2018, and on or about February 26, 2018, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

VALERIE RIVAS,

knowingly and in reckless disregard of the fact that aliens had come to, entered, and remained in the United States in violation of law, did knowingly and intentionally conspire and agree with other persons known and unknown to the Grand Jury, to transport, move, attempt to transport, and attempt to move said aliens within the United States in furtherance of such violation of law by means of a motor vehicle.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I), and 1324(a)(1)(B)(i).

COUNT TWO

On or about February 26, 2018, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

VALERIE RIVAS,

knowingly and in reckless disregard of the fact that Jose Raul Perez-Basoria was an alien who had come to, entered, and remained in the United States in violation of law, did knowingly and

intentionally conceal, harbor, shield from detection, and attempt to conceal, harbor, and shield from detection, such alien in any place, including any building or any means of transportation.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii), 1324(a)(1)(A)(v)(II), and 1324(a)(1)(B)(ii).

COUNT THREE

Between on or about January 1, 2014, through or about February 20, 2018 in the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

VALERIE RIVAS,

knowingly and in reckless disregard of the fact that Alfonso Salazar-Hernandez was an alien who had come to, entered, and remained in the United States in violation of law, did knowingly and intentionally conceal, harbor, shield from detection, and attempt to conceal, harbor, and shield from detection, such alien in any place, including any building or any means of transportation.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii), 1324(a)(1)(A)(v)(II), and 1324(a)(1)(B)(ii).

A TRUE BILL:
ORIGINAL SIGNATURE ON FILE
FOREPERSON OF THE GRAND JURY

RYAN K. PATRICK
UNITED STATES ATTORNEY

By: _____
LANCE WATT
Assistant United States Attorney