UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | CRIMINAL NO.  C-18-250-S |
| | § | |
| VALERIE RIVAS | § | |

MOTION FOR RELEASE OF MATERIAL WITNESSES

COMES NOW, the United States of America, by and through the United States Attorney for the Southern District of Texas, and Lance Watt, Assistant United States Attorney, and moves this Honorable Court for the release of **Jose Raul Perez-Basoria and Alfonso Salazar-Hernandez**.

The material witnesses have no other pending charges known to or anticipated by the government.

Further, the United States requests that the United States Marshals Service release the witnesses forthwith, into the custody of the Bureau of Immigration and Customs Enforcement.

    Respectfully submitted,

    RYAN K. PATRICK
    UNITED STATES ATTORNEY

By:   /s/ *Lance Watt*
    LANCE WATT
    Assistant United States Attorney
    Federal Bar No. 606949
    State Bar No. 24037681
    800 N. Shoreline Blvd., Suite 500
    Corpus Christi, Texas 78401
    Tel. (361) 888-3111; Fax (361) 888-3200

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Government's Motion for Release of Material Witnesses has been delivered to the following: Micah Wayne Hatley, Attorney for the Defendant, and to Roberto G. Vela, Attorney for the material witnesses, on this 13th day of September, 2018.

/s/ *Lance Watt*
LANCE WATT
Assistant United States Attorney

CERTIFICATE OF CONSULTATION

I hereby certify that I consulted with the following: Attorney for defendant and Attorney for the material witnesses, who are all unopposed to the motion.

/s/ *Lance Watt*
LANCE WATT
Assistant United States Attorney