| | | | |
|---|---|---|---|
| AO 435 (Rev. 12/03) | Administrative Office of the United States Courts **TRANSCRIPT ORDER** *Please Read Instructions above* | **FOR COURT USE ONLY** | |
| | | DUE DATE: | |

| 1. NAME LANCE WATT | 2. PHONE NUMBER (361) 888-3111 | 3. DATE 9/17/2018 | |
|---|---|---|---|
| 4. MAILING ADDRESS 800 N. SHORELINE Blvd., Suite 500 | 5. CITY CORPUS CHRISTI | 6. STATE TX | 7. ZIP CODE 78401 |
| 8. CASE NUMBER C-18-250-S | 9. JUDGE JOHN D. RAINEY | DATES OF PROCEEDINGS | |
| | | 10. FROM 9/11/2018 | 11. 9/11/2018 |
| 12. CASE NAME US vs VALERIE RIVAS | | LOCATION OF PROCEEDINGS | |
| | | 13. CORPUS | 14. TEXAS |

15. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [X] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | - | [X] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | 1) Christopher Alaniz | 9/11/2018-9/11/2018 |
| [ ] OPENING STATEMENT | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [ ] OTHER (Specify) | |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [X] | [ ] | NO. OF COPIES 1 | 10.00 | 237.25 |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL: 237.25

18. SIGNATURE [signature]

19. DATE 9/17/2018

PROCESSED BY:

PHONE NUMBER:

TRANSCRIPT TO BE PREPARED BY
ALCARAZ REPORTING, LOC
515 RUSK, SUITE 8004
HOUSTON, TX 77002 PH 713-250-5584

COURT ADDRESS
Completed transcript to be emailed to:
Lance.Watt@usdoj.gov
Delia.Sanchez@usdoj.gov

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 237.25 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 237.25 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 237.25 |

(Previous editions of this form may still be used)

DISTRIBUTION: COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY