UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | § § § | |
| v. | § § | CRIMINAL NO. C:18-250 S |
| VALERIE RIVAS,<br>    Defendant. | § § § | |

## VERDICT OF THE JURY

### COUNT ONE

We, the Jury in the above entitled cause, find the Defendant,

VALERIE RIVAS,

__Not Guilty__ of the offense charged in Count One of the indictment.
(guilty or not guilty)

*(Please proceed to the next question.)*

### COUNT TWO

We, the Jury in the above entitled cause, find the Defendant,

VALERIE RIVAS,

__Not Guilty__ of the offense charged in Count Two of the indictment.
(guilty or not guilty)

*(Please proceed to the next question.)*

### COUNT THREE

We, the Jury in the above entitled cause, find the Defendant,

VALERIE RIVAS,

__Not Guilty__ of the offense charged in Count Three of the indictment.
(guilty or not guilty)

*(Please have the jury foreperson sign and date the verdict.)*

9-12-18
Date

[signature redacted]
Foreperson of the Jury